UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TIMOTHY TALAMANTE,<br><br>                          Plaintiff,<br><br>v.<br><br>CHRIS PIAETE, *et al.*,<br><br>                          Defendants. | Case No. 3:24-CV-00509-ART-CLB<br><br>**ORDER RE: SUPPLEMENTAL BRIEFING**<br><br>[ECF No. 6] |

This case involves a civil rights action filed by Plaintiff Timothy Talamante ("Talamante") against Defendants Chris Piaete ("Piaete"), Sean Witney ("Witney"), William Long ("Long"), Jacob Counsil ("Counsil"), Travis Samkretta ("Samkretta"), John Henley ("Henley"), Kelli Murphy ("Murphy"), Hobie Rose ("Rose"), FSM Wyatt ("Wyatt"), Kathryn Reynolds ("Reynolds"), and Dacayanan ("Dacayanan") (collectively referred to as "Defendants"). Currently pending before the Court is Talamante's motion for preliminary injunction. (ECF No. 6.) Defendants responded, (ECF No. 12, 14), and Talamante replied, (ECF No. 16).

In the motion, Talamante requests court intervention "to ensure that the prison's culinary [] is supplied with adequate ventilation and air flow to offset the concentration of toxic fumes such as carbon monoxide." (ECF No. 6 at 1.) Having reviewed the motion, opposition, and reply, the Court finds that it is unclear whether the exhaust fans at issue have been fixed, which could potentially moot the motion.

Accordingly, **IT IS ORDERED** that Defendants shall submit supplemental briefing on the status of the exhaust fans in the culinary at NNCC by no later than **Wednesday, April 9, 2025**.

**DATED**: March 26, 2025

_____
UNITED STATES MAGISTRATE JUDGE