# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY TALAMANTE, et al., | Case No.: 3:24-cv-00509-ART-CLB |
| Plaintiffs, | **ORDER VACATING SETTLEMENT CONFERENCE AND LIFTING STAY OF PROCEEDINGS** |
| vs. | |
| CHRIS PIAETE, et al., | |
| Defendants. | |

BEFORE THE COURT is the Joint Stipulated Motion to Vacate Settlement Conference and Lift Stay of Proceedings (ECF No. 48). The Court has reviewed the motion and is fully informed.

IT IS HEREBY ORDERED that the settlement conference scheduled pursuant to the Court's Order dated September 26, 2025, is VACATED.

IT IS FURTHER ORDERED that the stay of proceedings previously imposed by this Court is LIFTED, and this case is returned to the normal litigation track.

IT IS FURTHER ORDERED that the plaintiffs shall refile their Motion for Leave to Amend Complaint within seven day's of this Order.[1]

IT IS FURTHER ORDERED that the deadline for defendants' opposition to the Motion for Leave to Amend the Complaint is due within 14 days of the filing of the refiled motion.

_____
Anne R. Traum
United States District Judge

DATED: October 15, 2025

---

[1] Pursuant to U.S. Magistrate Judge Baldwin's Order entered on August 29, 2025, the Motion for Leave to Amend Complaint (ECF No. 41) was denied with leave to refile (ECF No. 45).