1  AARON D. FORD
   Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
   Senior Deputy Attorney General
3  NATHAN M. CLAUS, Bar No. 15889
   Senior Deputy Attorney General
4  State of Nevada
100 N. Carson Street
5  Carson City, NV  89701-4717
Tel: (775) 684-1150
6  E-mail: drands@ag.nv.gov

7  *Attorney for Interested Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| TIMOTHY TALAMANTE, | Case No. 3:24-cv-00509-ART-CLB |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** |
| CHRIS PIAETE, *et al.,* | |
| Defendants. | [ECF No. 51] |

      Plaintiffs, and Interested Party, Nevada Department of Corrections, by and through their respective counsels, hereby submit this Stipulation and Order regarding Interested Party's Deadline to respond to Plaintiffs' Motion for Leave to Amend Complaint. ECF No. 50. The current deadline for responses is November 13, 2025. The parties have agreed to a one-week extension for Interested Party to submit their response, making the new deadline to be November 20, 2025.

      Interested Party's counsel has been actively working on their response to Plaintiffs' Motion for Leave to Amend Complaint; however, counsel requires a brief extension to complete the response. Counsel for Interested Party Douglas Rands is currently in a federal jury trial in *Truman v. Moore, et al*, Case No. 3:22-cv-00548-MMD-CLB which is expected to end on November 14, 2025. Counsel for Interested Party Nathan Claus requires additional time to research and draft the opposition. Further, Mr. Claus is

currently finalizing a dispositive motion in *Ayala v. Pickens et al.*, Case No. 3:23-cv-00234-MMD-CSD that is due on November 14, 2025, which has prevented Mr. Claus completing a draft of the Interested Party's opposition brief.

This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties stipulate that the time for Interested Party's Deadline to respond to Plaintiffs' Motion for Leave to Amend Complaint. ECF No. 50, be extended to November 20, 2025.

**IT IS SO STIPULATED**.

Dated this 13th day of November, 2025.    Dated this 13th day of November, 2025.

**Sgro and Roger Law Firm**                **Office of the Attorney General**
/s/ Elaine Odeh                            /s/ Nathan M. Claus
ELAINE ODEH, Esq.                          NATHAN M. CLAUS, Esq.
Nevada Bar No. 14099                       Nevada Bar No. 15889
Nicholas Scotti, Esq.                      DOUGLAS R. RANDS, Esq.
Nevada Bar No. 12885                       Nevada Bar No. 3572
                                           Senior Deputy Attorney General

*Counsel for Plaintiff*

*Counsel for Interested Party*

**IT IS SO ORDERED.**

DATED: November 14, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**