ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ELAINE ODEH, ESQ.
Nevada Bar No. 14099
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
*tsgro@sgroandroger.com*
*eodeh@sgroandroger.com*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY TALAMANTE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRIS PIAETE, et al.,<br><br>Defendants. | **CASE NO.**: 3:24-cv-00509-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND CLASS CERTIFICATION DEADLINES (FIRST REQUEST)** |

The parties, through their respective counsel of record, respectfully submit the following Stipulation to Extend Class Certification Deadlines (First Request):

**I. BACKGROUND AND DISCOVERY COMPLETED**

1. On February 10, 2026, the parties conducted their Fed. R. Civ. P. 26(f) conference.

2. On February 12, 2026, the parties filed a Stipulated Discovery Plan and Scheduling Order (ECF No. 62), which the Court adopted on February 13, 2026 (ECF No. 63).

3. Plaintiffs served their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on March 4, 2026.

4. As of the date of this stipulation, Defendants have not yet served their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

5. On March 5, 2026, Plaintiffs served their first sets of Interrogatories, Requests for Admission, and Requests for Production of Documents on Defendants Azzam, Barats, Long, Reilly, Rose, and Samkeretta. Responses are presently due on April 5, 2026.

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

The following discovery remains outstanding or anticipated:

1. Defendants' initial disclosures, which are anticipated to be served no later than April 3, 2026.

2. Defendants' responses and productions to Plaintiffs' written discovery served March 5, 2026.

3. Additional written discovery by both sides as needed.

4. Depositions of named Defendants, NDOC Fed. R. Civ. P. 30(b)(6) witnesses, percipient witnesses, and treating providers.

5. Class certification expert discovery, including preparation of expert reports and expert depositions, after the parties receive and review the above outstanding disclosures and written discovery.

## III. GOOD CAUSE FOR EXTENSION OF CLASS CERTIFICATION DEADLINES

This is a putative class action brought under 42 U.S.C. § 1983 and related state law claims concerning conditions and practices within a state correctional facility, and it presents complex factual and legal issues that require coordinated discovery on class-wide issues. The current Scheduling Order sets the following class certification schedule:

- Plaintiffs' class certification expert disclosures and reports: April 15, 2026

- Defendants' class certification expert disclosures and reports: May 15, 2026

- Completion of class certification expert depositions: May 30, 2026

- Plaintiffs' motion for class certification: June 13, 2026

- Defendants' opposition to class certification: July 3, 2026

- Plaintiffs' reply in support of class certification: July 17, 2026

Although Plaintiffs timely served their initial disclosures on March 4, 2026, Defendants have not yet served their initial disclosures due to needing to gather all necessary documents for numerous plaintiffs, which are necessary to identify custodians, witnesses, and documents bearing on Rule 23 issues. Plaintiffs also served written discovery on March 5, 2026, with responses due April 5, 2026. Because Plaintiffs' class certification expert disclosures are currently due on April 15, 2026, Plaintiffs will have only a brief period, if any, between receiving Defendants' written discovery responses and document productions and preparing and finalizing their class certification expert reports.

The parties agree that this compressed schedule does not allow adequate time for Plaintiffs to receive and review Defendants' initial disclosures and written discovery responses, provide those materials to their experts, and permit those experts to prepare complete and reliable reports addressing class-wide issues. A short extension of the class certification expert and briefing deadlines will enable the parties to complete this essential discovery and present a fuller and more accurate record to the Court on class certification, without impacting the overall discovery cut-off or merits deadlines.

This request is made in good faith and not for the purpose of delay, and the parties do not anticipate any prejudice to either side if the class certification deadlines are extended as set forth below.

**IV. PROPOSED REVISED CLASS CERTIFICATION SCHEDULE**

The parties stipulate and respectfully request that the Court extend only the class certification-related deadlines in the current Scheduling Order as follows:

The parties jointly propose the following discovery plan:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Plaintiffs' class certification expert disclosures and reports | April 15, 2026 | June 14, 2026 |
| Defendants' class certification expert disclosures and reports | May 15, 2026 | July 14, 2026 |
| Completion of expert depositions related to class certification | May 30, 2026 | July 29, 2026 |
| Plaintiffs' motion for class certification | June 13, 2026 | August 12, 2026 |

| Defendants' opposition to motion for class certification | July 3, 2026 | September 1, 2026 |
| Plaintiffs' reply in support of motion for class certification | July 17, 2026 | September 15, 2026 |

All other dates in the Scheduling Order, including the discovery cut-off (October 1, 2026), merits expert disclosure deadlines (August 14 and September 11, 2026), dispositive motion deadline (November 2, 2026), and joint pretrial order deadline (December 4, 2026), shall remain unchanged, without prejudice to the parties later seeking adjustment of those deadlines, if necessary, following the Court's ruling on class certification and consistent with the Scheduling Order's provision allowing the parties to propose adjusted deadlines at that time.

This first request for an extension of the current discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED this 31st day of March, 2026.

| **SGRO & ROGER** | **AARON D. FORD** Attorney General |
|---|---|
| By: */s/ Elaine Odeh* <br> ANTHONY P. SGRO, ESQ. <br> Nevada Bar No. 3811 <br> ELAINE ODEH, ESQ. <br> Nevada Bar No. 14099 <br> 2901 El Camino Avenue, Suite 204 <br> Las Vegas, Nevada 89102 <br> *Attorneys for Plaintiffs* | By: */s/ Victoria Corey* <br> VICTORIA C. COREY, ESQ. <br> Bar No. 16364 <br> Senior Deputy Attorney General <br> State of Nevada <br> Office of the Attorney General <br> 1 State of Nevada Way., Ste. 100 <br> Las Vegas, Nevada 89119 <br> *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

_____

UNITED STATES MAGISTRATE JUDGE


DATE: <u>March 31, 2026</u>.