AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
VICTORIA C. COREY Bar No. 16364
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1150

*Attorney for Defendants William Long,
Travis Skretta, John Henley,
Kelli Murphy, Hobie Rose, Amy Barats,
Ihsan Azzam, Derek Reilly, and
State Of Nevada ex rel. Nevada
Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY TALAMANTE,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHRIS PIAETE, *et al.*,<br><br>                    Defendants. | Case No.  3:24-cv-00509-ART-CLB<br><br>Consolidated with Case Nos.:<br>3:24-cv-00510-ART-CLB<br>3:24-cv-00580-MMD-CLB<br>3:25-cv-0130-ART-CLB<br>3:25-cv-00233-MMD-CSD<br>2:24-cv-02037-CDS-BNW<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**<br><br>[ECF No. 75] |

Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Victoria C. Corey, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General; and Plaintiffs, by and through counsel, Elaine Odeh, Sgro & Roger, hereby submit this stipulation and agreement to extend the deadline for Defendants to respond to Plaintiffs' Motion to Compel and respectfully request that the Court extend the deadline to respond to **May 8, 2026**. The Parties are requesting the modification in good faith and the request is supported by good cause.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

1

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The parties agree that good cause exists to extend Defendants' time to respond to Plaintiffs' Motion. Counsel for Defendants has recently undertaken a substantial number of new matters with ongoing and imminent deadlines and has also been intermittently unavailable over the past month due to personal obligations. Additionally, the parties remain in regular communication and are working cooperatively to resolve outstanding issues without court intervention.

As such, the parties stipulate to allow Defendants a brief one-week extension of time to respond to Plaintiffs' Motion to Compel, with the new deadline being **May 8, 2026**.

DATED this 1st day of May, 2026 and respectfully submitted by:
AARON D. FORD
Attorney General

/s/ *Victoria C. Corey*
VICTORIA C. COREY (Bar No. 16364)
Senior Deputy Attorney General
*Attorneys for Defendants*

DATED this 1st day of May, 2026 and approved as to form and content by:

/s/ *Elaine Odeh*
ELAINE ODEH, (Bar No. 14099)

*Attorney for Plaintiffs*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 1, 2026

2