AARON D. FORD
Attorney General
VICTORIA C. COREY, Bar No. 16364
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-0849 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorney for Defendants William Long, Travis Skretta, John Henley, Kelli Murphy, Hobie Rose, Amy Barats, Ihsan Azzam, Derek Reilly, and State Of Nevada ex rel. Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TIMOTHY TALAMANTE,

Plaintiff,

vs.

CHRIS PIAETE, *et al.*,

Defendants.

Case No. 3:24-cv-00509-ART-CLB

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

[ECF NO. 84]

Defendants, William Long, Travis Skretta, John Henley, Kelli Murphy, Hobie Rose, Amy Barats, Ihsan Azzam, Derek Reilly, and State Of Nevada ex rel. Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Victoria C. Corey, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby move this Court for an extension of time to file a response to Plaintiff's Motion to Compel. ECF No. 83.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants assert that good cause and excusable neglect are present here. Undersigned counsel has had to take unexpected medical leave over the past few months, resulting in undersigned counsel having to take unexpected medical leave over several days during that time. Furthermore, undersigned counsel had to have emergency surgery on August 12, 2026, and is still actively recovery from this surgery. Undersigned counsel apologizes for the need to request this extension, but under these circumstances, Defendants request a week extension in this matter, as it will allow Defendants and undersigned counsel the ability to provide a proper and thorough response to the pending motion before the Court.

As such, Defendants respectfully ask this Court to move the deadline to file their response to **September 1, 2026**.

DATED this 25th day of August 2026.

AARON D. FORD
Attorney General

By: /s/ *Victoria C. Corey*
VICTORIA C. COREY Bar No. 16364
Senior Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED:** August 25, 2026

UNITED STATES MAGISTRATE JUDGE