**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TIMOTHY TALAMANTE,

Plaintiff,

vs.

CHRIS PIAETE, *et al.*,

Defendants.

Case No. 3:24-cv-00509-ART-CLB

Consolidated with Case Nos.:
3:24-cv-00510-ART-CLB
3:24-cv-00580-MMD-CLB
3:25-cv-0130-ART-CLB
3:25-cv-00233-MMD-CSD
2:24-cv-02037-CDS-BNW

**ORDER GRANTING**

**STIPULATION TO STAY CASE FOR FORTY-FIVE (45) DAYS**

**[FIRST REQUEST]**

Plaintiffs, by and through counsel, Elaine Odeh, Sgro and Rogers, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Victoria C. Corey, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate for this Court to Stay this Case for forty-five (45) days.

This Court has the "inherent authority to stay proceedings before them." *Hernandez v. City of San Jose*, No. 16–CV–03957-LHK, 2017 WL 2081236, * 4 (N.D. Cal.

May 15, 2017) (citing *Rohan ex rel. Gates v. Woodford*, 3334 F.3d 803, 817 (9th Cir. 2003), abrogated on other grounds by *Ryan v. Gonzales*, 568 U.S. 57 (2013)).

The parties respectfully stipulate and jointly request that this Court impose a forty-five (45) day stay of proceedings. Good cause supports this request.

First, the parties are actively exploring potential settlement discussions that may narrow or resolve the issues in dispute. A brief stay will facilitate those efforts and may obviate the need for further litigation.

Second, Plaintiffs' counsel requires additional time to evaluate whether additional offenders should be added as plaintiffs to ensure that all necessary parties are properly before the Court. Allowing this short pause promotes efficiency and avoids piecemeal amendments.

Third, Defense counsel has been intermittently out of the office over the past several months due to medical leave. A forty-five-day stay will afford her the opportunity to address outstanding discovery obligations and ensure that the defense can meaningfully participate in the case going forward.

Finally, a stay will allow the parties to resolve outstanding discovery issues cooperatively and without the need for Court intervention, thereby conserving judicial resources.

///

///

///

///

///

///

///

///

///

///

The parties have continued to work diligently and collaboratively in this matter and agree that a brief forty-five (45) day stay is both reasonable and necessary to promote efficiency, fairness, and the orderly progress of the case. For these reasons, the parties respectfully request that the Court grant the stipulated stay.

DATED this 1st day of September 2026.

By: /s/ Elaine Odeh
ELAINE ODEH

*Attorney for Plaintiff*

DATED this 1st day of September 2026.

AARON D. FORD
Attorney General

By: /s/ Victoria C. Corey
VICTORIA C. COREY

*Attorneys for Defendants*

**ORDER**

Based on the parties agreement, and good cause appearing, the Stipulation to Stay Case for Forty-Five (45) Day [First Request] (ECF No. 87) is granted. This case is stayed through Friday, October 16, 2026. A joint status report is due Monday, October 19, 2026, informing the Court of the progress of the case.

Dated this 2nd day of September, 2026.

Anne R. Traum
United States District Judge